**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| Pier 1 Imports, Inc., *et al.,* ) | Case No. 20-30805-KRH |
| Debtor(s) ) | Chapter 11 |
| | (Jointly Administered) |

**APPOINTMENT OF UNSECURED CREDITORS COMMITTEE**

Pursuant to 11 U.S.C. §1102, the following creditors are hereby appointed by the United States Trustee to serve on the Official Committee of Unsecured Creditors of **Pier 1 Imports, Inc., *et al.*:**

| | |
|---|---|
| Bhati & Company<br>E524 526 ST 10 MIA BASNI Phase II<br>Jodhpur, RJ  342005<br>India | Synergy Home Furnishings LLC<br>576 East Walnut Street<br>Ripley, MS  38663 |
| United Parcel Services, Inc.<br>55 Glenlake Parkway, NE<br>Atlanta, GA  30328 | Brixmor Operating Partnership LP<br>450 Lexington Avenue, 13th Floor<br>New York, NY  10017-3904 |
| Brookfield Property REIT, Inc.<br>350 N. Orleans St., Suite 300<br>Chicago, IL  60654 | |

                    John P. Fitzgerald, III
                    Acting United States Trustee
                    Region 4

Date: February 27, 2020          By: /s/ Kenneth N. Whitehurst, III
                                                Kenneth N. Whitehurst, III
                                                Assistant United States Trustee

Kenneth N. Whitehurst, III, AUST (Va. Bar No. 48919)
Shannon F. Pecoraro, Trial Attorney (VBN 46864)
Office of the United States Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219
Phone (804) 771-2310
Fax: (804) 771-2330

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, I caused to be electronically mailed a true and correct copy of the foregoing to the Committee members as listed above. The Court has electronically mailed the document to all other necessary parties via the CM/ECF system.

/s/ Kenneth N. Whitehurst, III