Erika L. Morabito (VA Bar No. 44369)
Brittany J. Nelson (VA Bar No. 81734)
FOLEY & LARDNER LLP
3000 K. Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
E-mail:  emorabito@foley.com
         bnelson@foley.com

*Counsel for Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PIER 1 IMPORTS, INC., *et al.*,[1] | ) | Case No. 20-30805 (KRH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## ORDER APPROVING THE FINAL FEE APPLICATION OF PROVINCE, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED

Upon consideration of the Final Fee Application (the "Application")[2] [Docket No. 1125]

of Province ("Province") as financial advisor to the Official Committee of Unsecured Creditors

(the "Committee") of the above captioned debtors and debtors in possession (the "Debtors"), for

the period from February 27, 2020 through July 31, 2020 (the "Fee Period"); and the Court

having considered the Application and each Monthly Fee Statement filed by Province, and it

appearing to the Court that the relief requested in the Application is in the best interests of the

Debtors' estates, its creditors and other parties-in-interest; and the Court having jurisdiction to

consider the Application and the relief requested therein; and the Committee having provided

adequate and appropriate notice of the Application and each Monthly Fee Statement; and after

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* filed on February 17, 2020 (the "Petition Date"). The location of the Debtors' service address is 100 Pier 1 Place, Fort Worth, Texas 76102.

[2]Any terms not defined herein shall have the meaning ascribed to them in the Application.

due deliberation and good and sufficient cause appearing therefor, it appearing to the Court that the Application should be approved,

**IT IS HEREBY ORDERED** that:

The Application is **GRANTED** as set forth herein.

Province is allowed final compensation in the amount of $1,179,697.62 and reimbursement of expenses in the amount of $13,102.38 for the Fee Period.

The Debtors are authorized and directed to disburse to Province payment in the amount of the difference between the allowed amounts and the monthly payments previously received by Province for fees and expenses incurred during the Fee Period.

The Debtors and Province are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: ___Dec 10 2020___
Richmond, Virginia

/s/ Kevin R Huennekens
_____
THE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket:  Dec 10 2020

2

4832-1630-1010.1

WE ASK FOR THIS:


*/s/ Erika L. Morabito*

Erika L. Morabito (VA. Bar No. 44369)
Brittany J. Nelson (VA. Bar No. 81734)
Foley & Lardner LLP
3000 K Street, NW, Suite 600
Washington, DC  20007-5109
Telephone:  (202) 672-5300

Facsimile: (202) 672-5399

E-mail:  emorabito@foley.com
          bnelson@foley.com

*Counsel for the Official Committee of Unsecured Creditors*



SEEN AND AGREED:


*/s/ Elisabetta G. Gasparini*
Office of the U.S.Trustee
1835 Assembly Street, Suite 953
Columbia, SC 29201
Telephone:  (801) 765-5250

*Office of the United States Trustee*



**CERTIFICATION OF ENDORSEMENT
UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**


Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


/s/ Erika L. Morabito


3

4832-1630-1010.1