UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | | |
|---|---|---|
| In re: PIER 1 IMPORTS, INC.. et al., | § | Case No. 20-30805 |
| | § | Lead Case No. 20-30805 |
| | § | |
| Debtor(s) | § | ☒ Jointly Administered |

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2024 Petition Date: 02/17/2020

Plan Confirmed Date: 07/30/2020 Plan Effective Date: 10/09/2020

This Post-confirmation Report relates to: ◉ Reorganized Debtor

○ Other Authorized Party or Entity: ____________________

Name of Authorized Party or Entity

/s/ Jeremy S. Williams
Signature of Responsible Party

Jeremy S. Williams
Printed Name of Responsible Party

10/28/2024
Date

Kutak Rock LLP
1021 East Cary Street, Suite 810
Richmond, VA 23219
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name PIER 1 IMPORTS, INC.. et al., Case No. 20-30805

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $358,016* | $295,404,591 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $358,016 | $295,404,591 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $0 | $38,947,316 | $0 | $38,947,316 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | A&G REALTY PARTNERS L | Other | $0 | $1,063,424 | $0 | $1,063,424 |
| | ii | AP SERVICES LLC | Financial Professional | $0 | $4,204,385 | $0 | $4,204,385 |
| | iii | EPIQ CORPORATE RESTRUC | Other | $0 | $1,796,359 | $0 | $1,796,359 |
| | iv | GORDON BROTHERS RETA | Other | $0 | $22,156,548 | $0 | $22,156,548 |
| | v | GUGGENHEIM SECURITIES | Financial Professional | $0 | $3,768,052 | $0 | $3,768,052 |
| | vi | JOELE FRANK, WILKINSON | Other | $0 | $82,597 | $0 | $82,597 |
| | vii | KIRKLAND & ELLIS LLP | Lead Counsel | $0 | $4,887,261 | $0 | $4,887,261 |
| | viii | KUTAK ROCK LLP | Lead Counsel | $0 | $412,611 | $0 | $412,611 |
| | ix | MALFITANO ADVISORS LL | Other | $0 | $48,146 | $0 | $48,146 |
| | x | OSLER HOSKIN AND HARC | Lead Counsel | $0 | $527,931 | $0 | $527,931 |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

*The disbursements set forth herein include funds previously placed into a reserve account and for which fees were already paid in accordance with 28 U.S.C. § 1930.

Debtor's Name PIER 1 IMPORTS, INC.. et al., Case No. 20-30805

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name PIER 1 IMPORTS, INC.. et al., Case No. 20-30805

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $1,417,281 | $0 | $1,417,281 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | ALSTON & BIRD LLP | Other | $0 | $96,235 | $0 | $96,235 |
| | ii | BAILEY CAVALIERI LLC | Other | $0 | $1,829 | $0 | $1,829 |
| | iii | BAKER BOTTS LLP | Other | $0 | $9,992 | $0 | $9,992 |
| | iv | BRACEWELL LLP | Other | $0 | $11,162 | $0 | $11,162 |
| | v | CHAIKEN LEGAL GROUP, P | Other | $0 | $15,788 | $0 | $15,788 |
| | vi | CROWELL & MORING LLP | Other | $0 | $626 | $0 | $626 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | DELOITTE LEGAL CANADA | Financial Professional | $0 | $164,343 | $0 | $164,343 |
| | viii | ELISE HEALY + ASSOCIATE | Other | $0 | $5,155 | $0 | $5,155 |
| | ix | HAHN LOESER & PARKS LL | Other | $0 | $6,270 | $0 | $6,270 |
| | x | KELLY HART & HALLMAN | Other | $0 | $7,267 | $0 | $7,267 |
| | xi | KPMG LLP | Financial Professional | $0 | $69,975 | $0 | $69,975 |
| | xii | LATHROP GPM LLP | Other | $0 | $572 | $0 | $572 |
| | xiii | LITTLER MENDELSON PC | Other | $0 | $10,673 | $0 | $10,673 |
| | xiv | PRICEWATERHOUSECOOPE | Financial Professional | $0 | $984,711 | $0 | $984,711 |
| | xv | REED SMITH LLP | Other | $0 | $5,923 | $0 | $5,923 |
| | xvi | SEYFARTH SHAW LLP | Other | $0 | $10,018 | $0 | $10,018 |
| | xvii | THE SARGENT LAW GROUP | Other | $0 | $16,362 | $0 | $16,362 |
| | xviii | DINSMORE & SHOHL LLP | Other | $0 | $380 | $0 | $380 |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name PIER 1 IMPORTS, INC.. et al., Case No. 20-30805

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $48,733,433 | $0 | $48,733,433 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $7,930,340 | $0 | $7,930,340 | $7,930,340 | 100% |
| b. Secured claims | $201,623,342 | $0 | $201,623,342 | $201,623,342 | 100% |
| c. Priority claims | $215,751 | $0 | $215,751 | $215,751 | 100% |
| d. General unsecured claims | $23,000,000 | $0 | $14,230,456 | $168,357,965 | 8% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report? Yes ◯ No ◉

If yes, give date Final Decree was entered:

If no, give date when the application for Final Decree is anticipated: 12/31/2024

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ◉ No ◯

Debtor's Name PIER 1 IMPORTS, INC.. et al., Case No. 20-30805

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Stephen S. Gray | Stephen S. Gray |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrator | 10/28/2024 |
| Title | Date |

Debtor's Name PIER 1 IMPORTS, INC.. et al., Case No. 20-30805

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name PIER 1 IMPORTS, INC.. et al., Case No. 20-30805

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page