

777 THIRD AVENUE, 12TH FL, NEW YORK, NY 10017

March 18, 2026

U.S. Bankruptcy Court for the Eastern District of Virginia
Attn: David Rabenda
701 E Broad St, Ste 4000
Richmond, VA 23219-1888

RE: **Pier 1 Imports, Inc.**
    **Case #**

Dear David,

Pursuant to the Final Decree discharging Epiq Corporate Restructuring, LLC as claims and noticing agent, I am enclosing the following:

- A USB containing:
    - Alphabetic Claim Register
    - Numeric Claim Register
    - Copies of the Claim Images
    - Master Service List / 2002 Mailing List in .txt format

Please note, there was no option to docket the Final Claims Register, and the Matrix did not upload due to size. Please let me know if you have any questions in this matter and thank you for your assistance.

Sincerely,

Tammy Strakal
Claims QC Analyst
Epiq | Corporate Restructuring
Tammy.Strakal@epiqsystems.com



RICHMOND DIVISION
FILED
MAR 20 2025
CLERK
U.S. BANKRUPTCY COURT
FILED